F I L E   C O P Y
United States District Court

Eastern District of Louisiana


Downer

v.                                    CIVIL ACTION NO. 2:02-cv-01706
                                                        "M" (1)
Siegel


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

    (1) A list of all parties still remaining in this action;

    (2) Copies of all pleadings, including answers, filed by those parties in state court; and

    (3) Copies of the return on service of process on those parties filed in state court.


New Orleans, Louisiana, June 5, 2002.

By Direction of the Court

LORETTA G. WHYTE, CLERK


Notice sent to:

      George C. Freeman III, Esq.
      George Denegre Jr., Esq.
      *Eileen Stensrud*



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUN -5 AM II: 47

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

LINDA L. DOWNER and HUNT B.
DOWNER,

          Plaintiffs,

VERSUS

FRED SIEGEL, THE SIEGEL GROUP, INC.,
DAIN RAUSCHER, INC., and DAIN
RAUSCHER, INC.

          Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CIVIL ACTION
NO. **02-1706**

SECTION " **SECT. M MAG. 1**

JUDGE

MAGISTRATE JUDGE

## <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. §1441, defendants Fred Siegel, The Siegel Group, Inc., and Dain

Rauscher, Inc. (named twice in plaintiffs' Petition for Damages) (collectively, "the defendants")

give notice that Civil Action No. 135339-C, *Linda L. Downer, et al. v. Fred Seigel, et al.*, is

hereby removed to the United States District Court for the Eastern District of Louisiana from the

32nd Judicial District Court in the Parish of Terrebonne, Louisiana.



Fee _150.00_
Process_____
Dktd _dy_
CtRmDep_____
Doc. No _7_

## STATEMENT OF GROUNDS FOR REMOVAL

1.      The defendants base this Notice of Removal on 28 U.S.C. § 1441 and 28 U.S.C. § 1331 because the action arises under the laws of the United States, § 10(b) of the the Securities Exchange Act of 1934 (codified at 15 U.S.C. § 78j(b)) and Rule 10b-5 thereunder.  The district courts of the United States have exclusive jurisdiction over actions brought under the Securities Exchange Act of 1934.  *See* 15 U.S.C. § 78aa.  Under 28 U.S.C. § 1441(e), this Court is not precluded from hearing and determining this claim because the State court did not have jurisdiction over that claim.

2.      The claims asserted in the Petition that are not federal claims or do not raise issues of federal law are so related to the claims giving rise to this Court's subject-matter jurisdiction that they form part of the same case or controversy.  Accordingly, this Court has supplemental jurisdiction over any such claims pursuant to 28 U.S.C. § 1367(a).

3.      The United States District Court for the Eastern District of Louisiana is the federal judicial district embracing the 32nd Judicial District Court, Terrebonne Parish, Louisiana, where the suit was originally filed.

4.      This Notice of Removal is being filed within 30 days of the defendants' receipt of the plaintiffs' Petition for Damages and is therefore timely.

## CONSENT OF CO-DEFENDANTS

5.      All defendants join in this Notice of Removal.

## PROCEDURAL REQUIREMENTS

6.      A copy of all process, pleadings, and Orders served upon the defendants is filed with this Notice.

7.     The defendants will give written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d).

8.     A copy of this Notice will be filed with the Clerk of the 32nd Judicial District Court for the Parish of Terrebonne as required by 28 U.S.C. § 1446(d).

WHEREFORE, defendants Fred Siegel, The Siegel Group, Inc., and Dain Rauscher, Inc. request that this action proceed in this Court as an action properly removed to it.

Respectfully submitted,

George C. Freeman, III, 14272 (T.A.)
Meredith A. Cunningham, 26465
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana  70130-3588
Telephone:     (504) 581-3200
Facsimile:     (504) 581-3361

Attorneys for defendants, Fred Siegel and
  The Siegel Group, Inc.

George Denegre, Jr., 8387 (T.A.)
John C. Anjier, 20083
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:     (504) 581-7979
Facsimile:     (504) 556-4108

Attorneys for defendant, Dain Rauscher, Inc.

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Notice of Removal has

been served upon all counsel of record by placing same in the United States mail postage prepaid

and properly addressed, this ⟋ day of June, 2002.

405770_1

*Meredith Cuningham*



## Paul R. Valteau, Jr.
## Orleans Parish Civil Sheriff

**421 Loyola Avenue**
**Room 403**
**New Orleans, LA 70112**

Parish:  Terrebonne

Case No.: (54) 135339

Joseph  L Waitz
_____
Bar Roll Number: 3,224,369

I HEREBY CERTIFY, that the Sheriff's fees due Paul R. Valteau, Jr. in the above case amount to the following:

| Serial Number | Service Type | Amount |
|---|---|---|
| 1 | Citation & Petition | 20.00 |

PLEASE RETURN STATEMENT WITH CHECK

New Orleans, LA

May 28, 2002

Matthew  Pichon
Deputy Sheriff

Clerk of Court, 32nd District
Hon. I. Robert Boudreaux
P.O. Box 1569

Houma, La.  70361

STATE OF LOUISIANA

CITATION

32nd Judicial District Court

SITTING IN AND FOR THE PARISH OF TERREBONNE

ORIGINAL
PLEASE RETURN

LINDA L DOWNER ET AL

VS NO 135339

FRED SIEGEL ET AL

TO DAIN RAUSCHER INC
THROUGH ITS AGENT C.T.CORPORATION SYSTEM
FOR SERVICE OF PROCESS

A RESIDENT OF EAST BATON ROUGE PARISH

ADDRESS:  8550 UNITED PLAZA BLVD
BATON ROUGE LA 70809

You are hereby summoned to comply with the demand of the _____ ORIGINAL

Petition __A__, true and faithful cop __Y__ whereof accompan __IES__ this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this __21__ day of __MAY__, A.D., 20 __02__.

(L.S.)  _Melanie C. Dion_
Deputy Clerk of Court

A true copy:

Clerk's Office, Houma, La., _____, A.D. 20____.

_____
Deputy Clerk of Court

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF _____ | PARISH OF _____ |
| Received on _____ | Received on _____ |
| the within _____ | the within _____ |
| together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20____ | together with a true copy thereof, and a true copy of pleadings mentioned above and on the _____ day of _____, 20____ |
| I served the same on the said _____ | I served the same at the domicile of the said _____ situated in the Parish of _____ |
| IN PERSON in the Parish of _____ La., at about_____ miles from the courthouse of the said Parish. | La. at about_____ miles from the courthouse of the Parish of _____, La. by leaving the said true copies in the hands of a person apparently over the age of 14 years, being and residing in the said domicile of the said _____ |
| WHEREOF, I make this my return on this _____ day of _____, 20____ | who was absent at the time of service as determined from the interrogation of the said _____ relative thereto. WHEREOF, I made this my return on this _____ day of _____, 20____ |
| _____ Deputy Sheriff | _____ Deputy Sheriff |
| Parish of _____ | Parish of _____ |

RETURN AND FILED:

JUN 03 2002

_Gwendolyn D. Pitre_
Deputy Clerk of Court
JOSEPH WAITZ

Requested By: _____

FEE:        $ _____
MILEAGE:    $ _____
Total:      $ _____

STATE OF LOUISIANA

**CITATION**  32nd Judicial District Court

**ORIGINAL**
**PLEASE RETURN**

SITTING IN AND FOR THE PARISH OF TERREBONNE

LINDA L DOWNER ET AL

TO THE SIEGEL GROUP INC
THROUGH ITS AGENT RICHARD C STANLEY FOR SERVICE
OF PROCESS

VS NO 135339

FRED SIEGEL ET AL

A RESIDENT OF ORLEANS PARISH

ADDRESS:  909 POYDRAS STREET, SUITE 2630
NEW ORLEANS LA 70112

You are hereby summoned to comply with the demand of the _____ORIGINAL_____

Petition __A__, true and faithful cop __Y__ whereof accompan __IES__ this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this __21__ day of __MAY__, A.D., 20 __02__.

(L.S.) _Melanie C. Dion_
Deputy Clerk of Court

A true copy:

Clerk's Office, Houma, La., _____, A.D. 20____.

_____
Deputy Clerk of Court

**SHERIFF'S RETURN**

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF _Orleans_ | PARISH OF _____ |
| Received on _5/23/02_ | Received on _____ |
| the within _Citation_ | the within _____ |
| together with a true copy thereof and a true copy of pleadings mentioned above and on the _29_ day of _May_, 20 _02_ | together with a true copy thereof, and a true copy of pleadings mentioned above and on the ____day of _____, 20____ |
| I served the same on the said _Richard C. Stanley Agent_ | I served the same at the domicile of the said _____ |
| IN PERSON in the Parish of _Orleans_ La., at about_____miles from the courthouse of the said Parish. | situated in the Parish of _____ La. at about_____miles from the courthouse of the Parish of _____, La. by leaving the said true copies in the hands of _____ a person apparently over the age of 16 years, being and residing at the said domicile of the said _____ who was absent at the time of service as determined from the interrogation of the said _____, relative thereto. |
| WHEREOF, I make this my return on this _29_ day of _May_ 20 _02_ | WHEREOF, I made this my return on this _____ day of _____, 20____. |
| _____ Smith _____ 2:41 P.M. Deputy Sheriff | _____ Deputy Sheriff |
| Parish of _Orleans_ | Parish of _____ |

RETURN AND FILED:

JUN 03 2002

_Gwendolyn D. Petre_
Deputy Clerk of Court
JOSEPH WAITZ

Requested By _____

FEE:  $_____

MILEAGE:  $_____

Total:  $_____



## Paul R. Valteau, Jr.
## Orleans Parish Civil Sheriff

**421 Loyola Avenue**
**Room 403**
**New Orleans, LA 70112**

Parish:  Terrebonne

Case No.: (54)  135339

Joseph  L Waitz

Bar Roll Number: 3,224,369

I HEREBY CERTIFY, that the Sheriff's fees due Paul R. Valteau, Jr. in the above case amount to the following:

| Serial Number | Service Type | Amount |
|---|---|---|
| 2 | Citation & Petition | 20.00 |

**PLEASE RETURN STATEMENT WITH CHECK**

New Orleans, LA

May 30, 2002

Edwin E Bankston
Deputy Sheriff

Clerk of Court, 32nd District
Hon. I. Robert Boudreaux
P.O. Box 1569

Houma, La.  70361

| LINDA L. DOWNER, ET AL | * | 32ND JUDICIAL DISTRICT COURT |
|---|---|---|
| VERSUS NO. _____135339_____ | * | STATE OF LOUISIANA |
| FRED SIEGEL, ET AL | * | PARISH OF TERREBONNE |

---

### PETITION FOR DAMAGES

---

The petition of Linda L. Downer and Hunt B. Downer, both of the full age of majority, and residents of the Parish of Terrebonne, State of Louisiana, with respect represents as follows:

1.

Made defendants herein are:

A.   **FRED SIEGEL**, a business man, whose principal place of business is Orleans Parish;

B.   **THE SIEGEL GROUP, INC.**, a Louisiana corporation, domiciled in Jefferson Parish;

C.   **DAIN RAUSCHER, INC.**, a stock brokerage firm, doing business in Louisiana; and

D.   **DAIN RAUSCHER, INC.**, a stock brokerage firm, domiciled in Minnesota, but authorized to do and doing business in Louisiana.

2.

Petitioners aver that Fred Siegel was an agent of, and working for, a stock brokerage firm, known as Rauscher, Pierce Refsnes, Inc.,and that the said Rauscher Pierce held, on November 28, 1997, a valued account in the amount of $526,742.25.

3.

On said date, November 28, 1997, the said Fred Siegel, a representative of Rauscher Pierce, came to plaintiffs' residence in Terrebonne Parish, and represented to plaintiffs that he wanted to advise them to invest, a large sum of money, in an excellent investment in Texas, which turned out to be a misrepresentation, and later conduct, bordering on fraud.

4.

Based upon these representations [misrepresentations], plaintiffs authorized Siegel to take out of their account at Rauscher, Pierce, the sum of $300,300.00, and wire transfer

to Texas, for "World IEQ Technologies, Inc.", this occurred in Terrebonne Parish.

5.

Plaintiffs contend Siegel and his superiors, Rauscher Pierce, were in violation of Section 10 (b) of the Securities Exchange Act of 1934 and Rule 10 b-5

6.

Plaintiffs contend that this constituted unsuitable trading and misrepresentation of risk, because they relied upon these representations [misrepresentations], and had they known the true facts, they would not have done so.

7.

Plaintiffs contend that Siegel used interstate commerce to communicate, to defendant, World IEG Technologies.

8.

Plaintiffs contend Rauscher Pierce violated their obligation in failing to properly supervise their accounts, and had a fiduciary obligation to plaintiffs, which was breached.

9.

Plaintiffs further contend, that since November 1997 they have not received any documentation, about their investment, the company [IEQ] or the indentures they have said they are owed.

10.

Based upon the above, plaintiffs contend their rights have been breached, and have nothing to support, any investment, and for all practical purposes feel they have lost over $300,000.00, and this seems to border on fraud, and until discovery is done, they cannot make such an allegation.

11.

It should be noted that World ET, the name now used, although Siegel wired the $300,000.00 to World IEQ Technologies, Inc., has said "it has a debenture payable to plaintiffs in the sum of $300,000.00 with annual interest," and "60,000 shares of World ET stock remains reserved in your name," however, not one shred of any of this has been received; it appears that World ET, Siegel, and Dain Rauscher, Inc., are jointly and

severally obligated to plaintiffs, for acting in concert together, to the detriment

12.

Plaintiffs allege that notwithstanding many attempts on their behalf to get information relative to the use and/or misuse of their $300,000.00 that they entrusted to Fred Siegel, as an agent of Rauscher, Pierce Refsnes, Inc., he has failed to give any information relative to said investment in 4-1/2 years, and this constitutes at least misuse, abuse and likely fraud, because if there was appropriate information, it would have been sent.

13.

Plaintiffs allege that Dain Rauscher, Inc., as the now owner of Rauscher, Pierce Refsnes, Inc., is responsible for any type of negligence, mismanagement and/or misuse of the plaintiffs' money that was in their possession and control in November of 1997

WHEREFORE, plaintiffs pray that the defendants, Fred Siegel, The Siegel Group, Inc., and Dain Rauscher, Inc., be served with certified copies of this petition and cited to appear and answer same, and that after legal delays, plaintiffs, Linda L. Downer and Hunt B. Downer, be entitled to a return of their principal, plus reasonable interest from date of transaction and legal interest from date of filing, and against Fred Siegel, The Siegel Group, Inc., and Dain Rauscher, Inc., jointly and in solido; and

For all costs and trial by jury.

RESPECTFULLY SUBMITTED,

JOSEPH L. WAITZ (#13458)
WAITZ & DOWNER
423 Goode Street, P. O. Box 7015
Houma, Louisiana 70361-7015
Telephone: (985) 876-0870
Attorneys for Plaintiffs

PLEASE SERVE:

FRED SIEGEL
601 Poydras Street, Suite 2650
New Orleans, LA   70130

FILED

MAY 1 5 2002

DEPUTY CLERK OF COURT
PARISH OF TERREBONNE, LA

**THE SIEGEL GROUP, INC.**
Through its agent for service of process:
Richard C. Stanley
909 Poydras St., Suite 2630
New Orleans, LA   70112

**DAIN RAUSCHER, INC.**
Through its agent for service of process:
C. T  Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA   70809

| | | |
|---|---|---|
| LINDA L. DOWNER, ET AL | * | 32ND JUDICIAL DISTRICT COURT |
| | * | |
| VERSUS NO. _____ 135339 | * | STATE OF LOUISIANA |
| | * | |
| FRED SIEGEL, ET AL | * | PARISH OF TERREBONNE |

## O R D E R

Considering the foregoing petition for damages and petitioners' request for a trial by jury,

**IT IS ORDERED BY THE COURT** that petitioners' request for a trial by jury be, and it is hereby, granted, upon petitioners posting *cash* bond in the amount of $ 3,500.00 _____.

**THUS DONE AND SIGNED** at Houma, Louisiana, on this _17th_ day of May, 2002.

_____
DISTRICT JUDGE

ORDER UNSIGNED

F I L E D
MAY 1 5 2002
_____
DEPUTY CLERK OF COURT
PARISH OF TERREBONNE, LA

RECEIVED FROM JUDGE
MAY 20 2002
_____
Deputy Clerk of Court

TO:    COMMISSIONER OF INSURANCE
        P. O. BOX 94214
        BATON ROUGE, LA  70804

FROM:  CLERK OF COURT, PARISH OF ___Terrebonne___

RE:    R.S. 9.2800.6          REPORTING FORM - PERSONAL INJURY <u>ONLY</u>

        Section A shall be obtained by the Clerk of Court at the time suit is
filed and submitted to the Commissioner of Insurance within 30 days of filing.
Section A shall also be completed at the time judgment becomes definitive.

A.  INITIAL INFORMATION
    1. Caption of Suit:  __Linda L. Downer, et al_____
                             vs
                  __Fred Siegel, et al_____

        a) Parish: __Terrebonne____    b) Docket No.: **135339**
        c) Judicial District: __32nd___  d) Filing Date: ~~MAY 15 2002~~
        e) Type Suit:
            1. _____ Auto - Bodily Injury    7. ____ Professional Liability
            2. _____ Uninsured Motorist       ____ a. Medical
            3. _____ Government Liability     ____ b. Architectural
            4. __xx_ General Liability      ____ c. Engineering
            5. _____ Products Liability
            6. _____ Redhibition

    2. Nature of Injuries (If Ascertainable from Petition):

          __Not applicable._____

        Section B shall be obtained by the Clerk of Court and submitted to the
Commissioner of Insurance within 30 days of definitive judgment.  (Section
A (1)a-c must also be completed in order to accurately report.)

B. JUDGMENT INFORMATION
    1. Judgment by Merit Trial:
        a) _____ Judge  _____ Jury
        b) _____ For the Plaintiff    _____ For the Defendant
        c) _____ Judgment awarded, exclusive of interest and costs:
            1. _____ - 0 -
            2. _____ - 0 - but less than $10,000
            3. _____ $10,000 but less than $25,000
            4. _____ $25,000 but less than $50,000
            5. _____ $50,000 but less than $100,000'
            6. _____ $100,000 but less than $250,000
            7. _____ $250,000 but less than $500,000
            8. _____ $500,000 but less than $750,000
            9. _____ $750,000 but less than $1,000,000
          10. _____ $1,000,000 but less than $2,000,000
          11. _____ $2,000,000 or more
    2. Appeal Status:
        a) _____ Appeal Entered      b) _____ No Appeal Entered

        Section C shall be completed by the Clerk of Court and submitted to
the Commissioner of Insurance within 30 days of dismissal.

C. DISMISSAL INFORMATION
    1. Date of dismissal: _____
    2. _____ With prejudice        _____ Without prejudice

D.  A processing fee of $10.00 shall be taxed as costs of court in each
suit on which the information required by this section is submitted by the
Clerk of Court.  Upon rendering of judgment under Section B of this form
or dismissal under Section C of this form, $5.00 shall be paid to the
Commissioner of Insurance by the Clerk of Court and $5.00 shall be retained
by the Clerk from the court costs paid in Section D.

CLERK OR DEPUTY CLERK _____

## WAITZ & DOWNER

*Attorneys at Law*

423 GOODE STREET
HOUMA, LOUISIANA

JOSEPH L WAITZ
HUNT DOWNER
JOSEPH L WAITZ JR
J DANA ORTEGO
MARY W RIVIERE
JUAN W PICKETT

HOUMA
POST OFFICE BOX ⁓ ⁓
HOUMA LOUISIANA ⁓ ⁓⁓
(985) 876-9870
FACSIMILE (985) 876-⁓⁓⁓

May 15, 2002

**BY HAND**

Hon. I. Robert Boudreaux
Clerk of Court
Courthouse
Houma, LA  70360

**135339**

       **Re:**   **Linda L. Downer, et al**
               **V. Fred Siegel, et al**
               **Our file:**   **02-76-1**

Dear Sir:

Enclosed please find the original and four copies of a Petition for Damages. Please file the original, have the Order for a jury trial signed by the Judge, and return a stamped copy to our courier. Please have the defendants served according to the service instructions on the petition.

Enclosed also is our check for $400.00 to cover initial court costs.

Should you have any questions regarding the enclosed, please do not hesitate to let us know.

With kind regards, I remain,

Very truly yours,

JOSEPH L. WAITZ

JLW/gf

Enclosures

OFFICE OF CLERK OF COURT
32nd JUDICIAL DISTRICT COURT
In and for the Parish of Terrebonne, Louisiana

Houma, La., ____MAY 21_____ XXX 2002

Hon. Sheriff, Parish of ____ORLEANS_____

____NEW ORLEANS, LA  70112_____

_____

Dear Sir:

Re:

№135339_____

____LINDA L DOWNER ET AL FRED SIEGEL ET AL_____

We are enclosing herewith:

1. CERTIFIED COPY OF PETITION.

2. ORIGINAL AND COPY OF CITATION ADDRESSED TO THE FOLLOWING:

FRED SIEGEL
601 POYDRAS STREET SUITE 2650
NEW ORLEANS LA 70130

THE SIEGEL GROUP INC
THROUGH ITS AGENT
RICHARD C STANLEY FOR SERVICE
OF PROCESS
909 POYDRAS STREET STE 2630
NEW ORLEANS LA 70112

Please serve the copies and let us have your return on the original.

Your bill will receive prompt attention.

Yours very truly,

L ROBERT BOUDREAUX,
Clerk of Court.

By ___/s/ MELANIE C. DION_____
                        Deputy Clerk

## STATE OF LOUISIANA

**CITATION**                32nd Judicial District Court

### SITTING IN AND FOR THE PARISH OF TERREBONNE

LINDA L DOWNER ET AL                 **TO**   FRED SIEGEL

VS NO 135339                                A RESIDENT OF ORLEANS PARISH

FRED SIEGEL ET AL                           ADDRESS:   601 POYDRAS STREET SUITE 2650
                                                       NEW ORLEANS LA 70130

You are hereby summoned to comply with the demand of the _____ ORIGINAL _____

Petition ___A___ , true and faithful cop ___Y___ whereof accompan ___IES___ this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this ___21___ day of ___MAY___, A.D., 20 ___02___ .

(L.S.) _____ /s/ MELANIE C. DION _____
                    Deputy Clerk of Court

A true copy

Clerk's Office, Houma, La., _____, A.D. 20____.

_____
Deputy Clerk of Court

| SHERIFF'S RETURN | |
|---|---|
| **PERSONAL SERVICE** | **DOMICILIARY SERVICE** |
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF _____ | PARISH OF _____ |
| Received on _____ | Received on _____ |
| the within _____ | the within _____ |
| together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___. | together with a true copy thereof, and a true copy of pleadings mentioned above and on the _____ day of _____, 20___ |
| I served the same on the said _____ _____ | I served the same at the domicile of the said _____ situated in the Parish of _____ |
| IN PERSON in the Parish of _____, La., at about_____ miles from the courthouse of the said Parish. | La at about_____ miles from the courthouse of the Parish of _____, La. by leaving the said true copies in the hands of _____ |
| WHEREOF, I make this my return on this _____ day of _____ 20___. | a person apparently over the age of 16 years, being and residing at the said domicile of the said _____ who was absent at the time of service as determined from the interrogation of the said _____, relative thereto |
| | WHEREOF, I made this my return on this the_____ day of _____, 20___. |
| _____ Deputy Sheriff | _____ Deputy Sheriff |
| Parish of_____ | Parish of _____ |

RETURN AND FILED:                          FEE:      $_____

_____                           MILEAGE:  $_____

_____                           Total:    $_____
Deputy Clerk of Court
JOSEPH WAITZ
Requested By: _____

**CITATION**

**STATE OF LOUISIANA**

**32nd Judicial District Court**

**SITTING IN AND FOR THE PARISH OF TERREBONNE**

LINDA L DOWNER ET AL

VS NO 135339

FRED SIEGEL ET AL

TO THE SIEGEL GROUP INC
THROUGH ITS AGENT RICHARD C STANLEY FOR SERVICE OF PROCESS

A RESIDENT OF ORLEANS PARISH

ADDRESS:   909 POYDRAS STREET, SUITE 2630
NEW ORLEANS LA 70112

You are hereby summoned to comply with the demand of the ____ORIGINAL____

Petition __A__, true and faithful cop __Y__ whereof accompan __IES__ this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this __21__ day of __MAY__, A.D., 20 __02__.

(L.S.) _____/s/ MELANIE C. DION_____
Deputy Clerk of Court

A true copy:

Clerk's Office, Houma, La., _____, A.D. 20____.

_____
Deputy Clerk of Court

| SHERIFF'S RETURN | |
|---|---|
| **PERSONAL SERVICE** | **DOMICILIARY SERVICE** |
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF _____ | PARISH OF _____ |
| Received on _____ | Received on _____ |
| the within _____ | the within _____ |
| together with a true copy thereof and a true copy of pleadings mentioned above and on the _____day of _____, 20___, | together with a true copy thereof, and a true copy of pleadings mentioned above and on the _____day of _____, 20___ |
| I served the same on the said _____ | I served the same at the domicile of the said _____ |
| | situated in the Parish of _____ La. at about_____miles from the courthouse of the Parish of _____ La. |
| IN PERSON in the Parish of _____ La., at about_____miles from the courthouse of the said Parish. | by leaving the said true copies in the hands of _____ a person apparently over the age of 16 years, being and residing at the said domicile of the said _____ |
| WHEREOF, I make this my return on this _____day of_____ 20____ | who was absent at the time of service as determined from the interrogation of the said _____, relative thereto. WHEREOF, I made this my return on this the_____day of _____, 20____. |
| _____ Deputy Sheriff | _____ Deputy Sheriff |
| Parish of_____ | Parish of _____ |

RETURN AND FILED

_____

_____
Deputy Clerk of Court
JOSEPH WAITZ

Requested By _____

FEE:      $_____

MILEAGE:  $_____

Total:    $_____

OFFICE OF CLERK OF COURT

32nd JUDICIAL DISTRICT COURT

In and for the Parish of Terrebonne, Louisiana

Houma, La. MAY 21 _____, 19 2002

Hon. Sheriff, Parish of  EAST BATON ROUGE _____

P.O. BOX 3277 _____

BATON ROUGE, LOUISIANA   70821 _____

Dear  Sir:

Re:                         No. 135339 _____

LINDA L DOWNER ET AL VS FRED SIEGEL ET AL _____

We are enclosing herewith:

1.   CERTIFIED COPY OF PETITION.

2.   ORIGINAL AND COPY OF CITATION ADDRESSED TO THE FOLLOWING:

DAIN RAUSCHER INC
THROUGH ITS AGENT C.T.CORPORATION SYSTEM FOR SERVICE OF PROCESS
8550 UNITED PLAZA BLVD
BATON ROUGE LA 70809

Please serve the copies and let us have your return on the original.

Your bill will receive prompt attention.

Yours  very  truly,

L ROBERT BOUDREAUX,
Clerk of Court.

/s/ MELANIE C. DION

By _____
                        Deputy Clerk

**STATE OF LOUISIANA**

CITATION                                   **32nd Judicial District Court**

### SITTING IN AND FOR THE PARISH OF TERREBONNE

LINDA L DOWNER ET AL                **TO**  DAIN RAUSCHER INC
                                         THROUGH ITS AGENT C.T.CORPORATION SYSTEM
VS NO 135339                             FOR SERVICE OF PROCESS

FRED SIEGEL ET AL                        A RESIDENT OF EAST BATON ROUGE PARISH

                                         ADDRESS:   8550 UNITED PLAZA BLVD
                                                    BATON ROUGE LA 70809

You are hereby summoned to comply with the demand of the_____ORIGINAL_____

Petition__A____, true and faithful cop__Y____ whereof accompan__IES__ this citation, or to make an
appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office
in the City of Houma, within fifteen (15) days after the service hereof; and your failure so to comply will
subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this__21__day of _____MAY_____, A.D., 20__02__.

                                         (L.S.)  __/s/ MELANIE C. DION_____
                                                       Deputy Clerk of Court

A true copy:

                    Clerk's Office, Houma, La.,_____, A.D. 20____.

                                                    _____
                                                       Deputy Clerk of Court

| SHERIFF'S RETURN | |
| --- | --- |
| **PERSONAL SERVICE** | **DOMICILIARY SERVICE** |
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF _____ | PARISH OF _____ |
| Received on _____ | Received on _____ |
| the within _____ | the within_____ |
| together with a true copy thereof and a true | together with a true copy thereof, and a true |
| copy of pleadings mentioned above and on the | copy of pleadings mentioned above and on the |
| _____day of _____, 20____ | _____day of _____, 20____ |
| I served the same on the said _____ | I served the same at the domicile of the said |
| _____ | _____ |
| | situated in the Parish of _____ |
| IN PERSON in the Parish of _____, | La. at about_____miles from the courthouse of the |
| La., at about_____miles from the courthouse of | Parish of _____, La. |
| the said Parish | by leaving the said true copies in the hands of |
| | a person apparently over the age of 16 years, |
| WHEREOF, I make this my return on this | being and residing at the said domicile of the |
| | said _____ |
| _____day of_____ 20____. | who was absent at the time of service as |
| | determined from the interrogation of the said |
| _____ | _____, relative thereto. |
| Deputy Sheriff | WHEREOF, I made this my return on this |
| | the_____day of _____, 20____. |
| Parish of_____ | _____ |
| | Deputy Sheriff |
| | Parish of _____ |

RETURN AND FILED:                         FEE:       $_____

_____          MILEAGE:   $_____

_____          Total:     $_____

_____
Deputy Clerk of Court
JOSEPH WAITZ

Requested By: _____

| LINDA L. DOWNER, ET AL | * | 32ND JUDICIAL DISTRICT COURT |
| | * | |
| VERSUS NO. 135339 "C", | * | STATE OF LOUISIANA |
| | * | |
| FRED SIEGEL, ET AL | * | PARISH OF TERREBONNE |

---

### PLAINTIFFS' FIRST SET OF INTERROGATORIES

---

TO:   FRED SIEGEL
      601 Poydras Street, Suite 2650
      New Orleans, LA  70130

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Linda L. Downer and Hunt B. Downer,  who propound the following First Set of Interrogatories to defendant, **Fred Siegel**,  to be answered separately and fully in writing under oath within fifteen (15) days after service of said interrogatories, in accordance with Articles 1457, 1458, and 1459 of the Louisiana Code of Civil Procedure:

1.

Since November 27, 1997, have you sent the plaintiffs any documentation that pertained to the nature of their investment, the returns that they could expect and where their money was invested?   If so, please list the documents and the date of their transmittal.

RESPECTFULLY SUBMITTED,

JOSEPH L. WAITZ (#13158)
WAITZ & DOWNER
423 Goode Street, P. O. Box 7015
Houma, Louisiana 70361-7015
Telephone: (985) 876-0870
Attorneys for Plaintiffs

FILED
MAY 1 7 2002
DEPUTY CLERK OF COURT
PARISH OF TERREBONNE, LA

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing to all known counsel of record by placing same in the U.S. Mail, postage prepaid, on this _17th_ day of May, 2002.

JOSEPH L. WAITZ

| | | |
|---|---|---|
| LINDA L. DOWNER, ET AL | * | 32ND JUDICIAL DISTRICT COURT |
| | * | |
| VERSUS NO. 135339 "C" | * | STATE OF LOUISIANA |
| | * | |
| FRED SIEGEL, ET AL | * | PARISH OF TERREBONNE |

---

### PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

---

TO:   FRED SIEGEL
      601 Poydras Street, Suite 2650
      New Orleans, LA  70130

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, Linda L. Downer

and Hunt B. Downer, who request that defendant, **Fred Siegel,** produce in the offices of

Waitz & Downer, 423 Goode Street, P. O. Box 7015, Houma, Louisiana, within fifteen (15)

days after service of said First Request for Production of Documents, the following

documents, papers, and things for inspection and copying:

1.

Please produce copies of any and all documents that pertain to the information

listed and sought in Interrogatory No. 1 of Plaintiffs' First Set of Interrogatories propounded

to Fred Siegel.

                                    RESPECTFULLY SUBMITTED,

FILED
MAY 1 7 2002

DEPUTY CLERK OF COURT
PARISH OF TERREBONNE, LA

                                    _____
                                    JOSEPH L. WAITZ (#13158)
                                    WAITZ & DOWNER
                                    423 Goode Street, P. O. Box 7015
                                    Houma, Louisiana 70361-7015
                                    Telephone: (985) 876-0870
                                    Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing to all known

counsel of record by placing same in the U.S. Mail, postage prepaid, on this ___17th___ day

of May, 2002.

                                    _____
                                    JOSEPH L. WAITZ

STATE OF LOUISIANA

CITATION          32nd Judicial District Court

SITTING IN AND FOR THE PARISH OF TERREBONNE

**ORIGINAL**
PLEASE RETURN

LINDA L DOWNER ET AL                          TO   FRED SIEGEL

VS NO 135339                                        A RESIDENT OF ORLEANS PARISH

FRED SIEGEL ET AL                                  ADDRESS:   601 POYDRAS STREET SUITE 2650
                                                              NEW ORLEANS LA 70130

You are hereby summoned to comply with the demand of the ___ORIGINAL___

Petition __A__, true and faithful cop __Y__ whereof accompan __IES__ this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this __21__ day of ___MAY___, A.D., 20__02__

(L.S.) _Melanie C. Dion_
       Deputy Clerk of Court

A true copy:

Clerk's Office, Houma, La., _____, A.D. 20____.

_____
Deputy Clerk of Court

| SHERIFF'S RETURN | |
|---|---|
| **PERSONAL SERVICE** | **DOMICILIARY SERVICE** |
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF _Orleans_ | PARISH OF _____ |
| Received on _May 22, 2002_ | Received on _____ |
| the within _Citation_ | the within _____ |
| together with a true copy thereof and a true copy of pleadings mentioned above and on the _24_ day of _May_, 200_2_ | together with a true copy thereof, and a true copy of pleadings mentioned above and on the _____ day of _____, 20____ |
| I served the same on the said _FRED SIEGEL_ | I served the same at the domicile of the said situated in the Parish of _____ La. at about _____ miles from the courthouse of the Parish of _____, La. |
| IN PERSON in the Parish of _ORLEANS_ La., at about _____ miles from the courthouse of the said Parish. | by leaving the said true copies in the hands of _____ a person apparently over the age of 16 years, being and residing at the said domicile of the said _____ |
| WHEREOF, I make this my return on this _24_ day of _May_, 200_2_ | who was absent at the time of service as determined from the interrogation of the said _____, relative thereto. |
| _S Shear pro_ | WHEREOF, I made this my return on this the _____ day of _____, 20____. |
| Deputy Sheriff | _____ |
| Parish of _Orleans_ | Deputy Sheriff |
| | Parish of _____ |

RETURN AND FILED:
MAY 30 2002
_Anita W. Aucoinaux_
Deputy Clerk of Court
JOSEPH WAITZ

Requested By _____

FEE:       $_____

MILEAGE:   $_____

Total:     $_____