```
                FILED
          U.S. DISTRICT COURT
         EASTERN DISTRICT OF LA

          2002 JUN 10  PM 1:54

            LORETTA G. WHYTE
                 CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LINDA L. DOWNER and HUNT B. DOWNER, | * * * | CIVIL ACTION |
| | * | NO. 02-1706 |
| Plaintiffs, | * * | SECTION "M" (1) |
| VERSUS | * * | JUDGE BEER |
| FRED SIEGEL, THE SIEGEL GROUP, INC., DAIN RAUSCHER, INC., and DAIN RAUSCHER, INC. | * * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STATEMENT PURSUANT TO REMOVAL ORDER

In compliance with this Court's Removal Order, dated June 5, 2002, defendants Fred Siegel and The Siegel Group, Inc. submit:

A list of all parties still remaining in this action are as follows:

1. Plaintiffs Linda and Hunt Downer

2. Fred Siegel

3. The Seagull Group

4. Dain Rauscher, Inc. (named twice in Plaintiffs' Petition for Damages)



637425/1

Copies of all pleadings, including answers, filed by these parties in state court are attached to Defendants' Notice of Removal.

Copies of the return on service of process on these parties filed in state court are attached to Defendants' Notice of Removal.

Respectfully submitted,

/s/ Meredith Cunningham

George C. Freeman, III, 14272 (T.A.)
Meredith A. Cunningham, 26465
   Of
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Attorneys for defendants, Fred Siegel and
  The Siegel Group, Inc.

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Statement Pursuant to Removal Order has been served upon all counsel of record by facsimile, this 10th day of June, 2002.

/s/ Meredith Cunningham